JUDGE CARTER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS AG, <br><br> Plaintiffs, <br><br> v. <br><br> BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Defendant. | ECF CASE <br><br> 14 CV 5729 <br> Civil Action No. _____ <br><br> Date filed: 7/25/14 |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs, Novartis Pharmaceuticals Corporation and Novartis AG, through their undersigned counsel, state that Novartis Pharmaceuticals Corporation is an indirect wholly-owned subsidiary of Novartis AG, a Swiss public company, the American Depository shares of which are publicly traded on the New York Stock Exchange. No publicly traded corporation owns more than 10% of the stock of Novartis AG.

Dated: July 25, 2014                             /s/David K. Barr

David K. Barr
Tatiana N. Alyonycheva
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-7560

Sylvia M. Becker (*pro hac vice* anticipated)
KAYE SCHOLER LLP
McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
(202) 682-3579

*Attorneys for Plaintiffs*
*Novartis Pharmaceuticals Corporation and*
*Novartis AG*