UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Novartis Pharmaceuticals Corporation and Novartis AG

INDEX NO.: 14 CV 5729

V.

*Plaintiff*

Breckenridge Pharmaceutical, Inc.

*Defendant*

# AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on **7/29/2014** at **9:55 AM** at **60 East 42nd Street, Suite 5210, New York, NY 10165**

deponent served a(n) **Summons in a Civil Action, Complaint for Patent Infringement, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Individual Practices of Andrew L. Carter, Jr., Individual Practices of Magistrate Judge Ronald L. Ellis, Electronic Case Filing Rules & Instructions**

on **Breckenridge Pharmaceutical, Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Danny Vogel** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Paralegal and Authorized to Accept Service** thereof.

Description of Person Served:
Gender : Male
Skin :  White
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other : Mustache Beard

Sworn to before me this
30th day of July, 2014

_____
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

_____
Di Cong Jiang
License No. 1220800

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279