USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-20-16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS AG, <br><br> Plaintiffs, <br><br> v. <br><br> BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Defendant. | ECF CASE <br><br> Civil Action No. 1:14-05729 (ALC)(RLE) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

**WHEREAS**, Plaintiffs, Novartis Pharmaceuticals Corporation and Novartis AG (collectively, "Novartis") and Defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge") are parties in the above-captioned proceeding;

**IT IS HEREBY STIPULATED AND AGREED** by the parties to the above-captioned action, by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action is hereby dismissed in its entirety without prejudice, with each party to bear its own costs and attorneys' fees in this action.

Dated: May 18, 2016

BRECKENRIDGE PHARMACEUTICAL, INC.

By: _____
James Sterner

60 East 42nd Street, Suite 5210,
New York, New York 10165
(646) 448-1300
Email: jsterner@bpirx.com

*Attorney for Defendant Breckenridge Pharmaceutical, Inc.*

KAYE SCHOLER LLP

By: _____
David K. Barr

250 West 55th Street
New York, New York 10019
(212) 836-7560
Email: David.Barr@kayescholer.com

*Attorneys for Plaintiffs Novartis Pharmaceuticals Corporation and Novartis AG*

SO ORDERED:

_____
United States District Judge

Dated: May 20, 2016
New York, New York

2